AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
TIME 1:30 pm
APR 11 2016
RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Jory Leedy | ) | 1:16MJ -190 |
| | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 03/01/2014 in the county of Hamilton in the Southern District of Ohio, the defendant violated 18 U. S. C. § 2241, an offense described as follows:

aggravated sexual abuse of a minor less than 12 years of age.

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature
Donald Minnich, Detective/FBI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/11/16

_____
Judge's signature

City and state: Cincinnati, Ohio

U.S. Magistrate Judge Karen L. Litkovitz
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Donald Minnich, Hamilton County Sheriff's Office Regional Electronics and Computer Investigations (RECI) Task Force Detective and Task Force Officer with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Patrol Officer with the Hamilton County Sheriff's Office since 1995, and am presently assigned to the RECI Task Force working on crimes involving computers and computer based crimes against children, where I have become familiar with the methods and schemes employed by persons who product, trade and collect child pornography, as well as the manner in which adults seduce children for hands-on offenses. I have received formal training in the investigation of these matters at the Hamilton County Sheriff's Academy, training at the Federal Bureau of Investigation Cincinnati Office, through other in-service training, and through private industry. As part of the Federal Bureau of Investigation's Cyber Crimes Task Force, on 08/15/2013, I was deputized by the United States Marshals Service as a Special Deputy United States Marshal, thereby authorized to seek and execute arrest and search warrants supporting a federal task force.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Jory Leedy for aggravated sexual abuse involving a minor, in violation of 18 U.S.C. § 2241. The statements in this affidavit are based on my personal knowledge, information provided to me by other law enforcement officers, and on my experience and training as a law enforcement officer.

3. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this

investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Jory Leedy has committed violation of Title 18, U.S.C. § 2241.

## STATUTORY AUTHORITY

4. This investigation concerns alleged violation of 18 U.S.C. § 2241 which makes it a crime to cross a state line with intent to engage in a sexual act with a person who has not attained the age of 12 years, or attempts to do so.

## DETAILS OF THE INVESTIGATION

5. Your Affiant was contacted by Detective Doug Todd from the HCSO in December of 2015, regarding an investigation involving the sexual abuse of two minor boys. Det. Todd advised your Affiant that two male juveniles, 10 and nine years of age (hereafter MV1 and MV2), had disclosed being sexually assaulted by JORY LEEDY (LEEDY). MV1 and/or MV2 stated the abuse took place over the course of two years and occurred in numerous jurisdictions and several different states. LEEDY met the minors through his volunteer work as a bus driver for Target Ministries of Dayton. LEEDY would go to poorer neighborhoods in the Dayton area and give rides to those who needed assistance from the ministry. LEEDY would also take the people back to their residents after the service was completed. LEEDY was determined by law enforcement to be a registered sex offender at the time he met the minors.

6. A summary of the investigation is as follows: The first contact MV1 and MV2 had with LEEDY was in the fall of 2012. MV1 was eight years old at the time. MV2 was seven years old at the time of the first meeting with LEEDY. MV1 and MV2, along with their mother, rode the bus which LEEDY was driving, to the ministry on a Sunday. LEEDY showed an interest in the boys and after taking them back to their residence initiated a conversation with their family. The following couple of evenings LEEDY would stop by MV1 and MV2's

2

residence and play with the boys and eat dinner with the family. They never saw LEEDY driving the church bus after the first meeting. The boys' father was living at the residence at the time.

7. LEEDY began coming over to the residence on a nightly basis. He told the mother of the boys that his name was JORDAN LEEDY. The mother did a search on a "Jordan Leedy" and nothing bad returned. LEEDY began buying the victims clothes and games. LEEDY made himself a part of their bedtime routine, tucking them in at night time. He would lay with them until they fell asleep and then would go home. A few weeks after meeting the family, LEEDY got permission from the mother to start taking the victims to his church, Crossroads, located in Cincinnati. The boys would be picked up every Sunday morning then dropped off later Sunday evening. LEEDY also began taking the victims on trips to the zoo, Kings Island, and other places for the day. LEEDY bought a new car for the family on April 29, 2013, a tan Buick.

8. In the summer of 2013, LEEDY asked the mother if he could start picking up MV1 and MV2 on Saturdays and staying in a hotel with them so they would be closer to Crossroads. Their mother approved, and for approximately every Saturday from the summer of 2013 until the summer of 2015, LEEDY would keep MV1 and MV2 overnight on Saturdays.

9. In March of 2014, LEEDY began taking MV1 and MV2 on trips out of state for vacations, which included trips to North Carolina, Georgia, and Kissimmee, Florida. Each time they took vacations only LEEDY and MV1 and MV2 went. No other adults stayed in the hotels with them. On June 28, 2014, they traveled to the New York/New Jersey Shore.

10. LEEDY helped MV1 and MV2 enroll in the East Dayton Christian School, at the beginning of the 2014 school year. In October 2014, LEEDY assisted the family in securing another home which was owned by a friend of his. LEEDY paid for part of the rent. At one

3

point, LEEDY attempted to convince the mother to execute a power of attorney which would give him control of the boys. LEEDY told the boys to call him "papa" and would get upset if they didn't.

11. On November 10, 2014, LEEDY took MV1 and MV2 to the Michael W. Smith concert, in Ashland, Kentucky. They spent a night in a hotel in Kentucky. The next trip out of state was when the victims were taken to Kitty Hawk, North Carolina, on April 9, 2015. They stayed in a hotel during this time. In the summer of 2015, LEEDY took MV1 and MV2 to Disney World. On the way to Florida they spent a night at a Motel 6, located at 742 Highway 53 East SE, Calhoun, Georgia 30701.

12. In September of 2015, LEEDY and the boys' father got into an argument because the father felt LEEDY was overstepping his bounds with the boys. The argument turned confrontational and LEEDY called the Fairborn Police. When law enforcement responded, they requested LEEDY leave the residence. The officer at the scene advised the parents of LEEDY's true identity and that he was a registered sex offender. LEEDY is required to register as a sex offender by virtue of a criminal conviction out of the State of Ohio for Gross Sexual Imposition Involving a Minor less than 13 years of age. Greene County Children Services was notified and forensic interviews were scheduled for MV1 and MV2, at Michael's House Child Advocacy Center

*Forensic Interviews*

13. MV2 was interviewed at Michael's House Advocacy Center in Fairborn, Ohio. The interview was conducted on September 18, 2015, by Cynthia Gevedon. MV2 stated that they met LEEDY on a church bus when they lived in Dayton. MV2 was seven years old at the time they first met LEEDY. LEEDY would come over to their house and play football and stay

for grill outs. LEEDY took the boys to different hotels on the weekends. LEEDY took MV2 and MV1 to different places in Cincinnati, such as a Reds game and Crossroads Church. He also took them to Michigan, New York, Florida, Kentucky and Indiana.

14. Once while at a Motel 6, LEEDY climbed into the shower with MV2 and touched his private parts. MV1 was in the shower with LEEDY before MV2 got in. When they were in the shower everyone was naked. LEEDY always wanted to sleep in the bed with both boys. MV2 felt LEEDY tickle his private parts a couple times while they were sleeping. LEEDY would sleep between MV2 and MV1.

15. MV1 was interviewed at Michael's House Advocacy Center on September 18, 2015. The interview was conducted by Cynthia Gevedon. MV1 stated that he was in Cincinnati when LEEDY touched his private parts. LEEDY touched his penis and "booty" while they were in the shower. LEEDY slept between both boys. LEEDY touched MV1's "peni" on the outside and inside of clothing. MV1 has taken a bunch of showers with LEEDY in a bunch of states. LEEDY asked MV1 to touch his "wee-wee." LEEDY told MV1 not to tell anyone. MV1 also saw LEEDY touching MV2's "wee-wee" while MV2 was awake.

*Follow up Forensic Interviews*

16. After MV2 and MV1 disclosed more abuse to their mother, additional interviews were conducted at Michael's House Advocacy Center in Fairborn, Ohio. MV2 was interviewed on December 29, 2015, by Amy Ferguson. MV2 reiterated what he disclosed in the previous interview from September 18, 2015. MV2 stated that the first time they stayed in a hotel LEEDY put white cream on MV2 and MV1's penis.

17. MV2 disclosed that every time they stayed at a hotel, LEEDY would touch them. LEEDY would French kiss the boys, especially MV2. LEEDY began to suck on their privates when they were at the hotels.

18. MV2 said that every time they would go out of town, when they stopped at rest areas, LEEDY would wipe MV1's butt. While at a hotel out of town, LEEDY pushed MV2's head on the bed and tried to put his penis in MV2's butt. He stopped when it wouldn't fit. MV2 said that it hurt.

19. While at hotels, the boys and LEEDY would sit naked on the bed and massage each other's penises. MV2 said that almost every time LEEDY would make them put his penis in their mouth.

20. MV2 specifically remembers when they stayed at a hotel, LEEDY French kissed him and sucked on their penis.

21. MV1 was also interviewed at Michael's House Advocacy Center in Fairborn, Ohio, on December 29, 2015, by Amy Ferguson. MV1 reiterated what he disclosed in the previous interview from September 18, 2015. MV1 stated that every time LEEDY would take them to hotels, he would touch their privates. They would get in a circle on the bed and massage each other's privates. MV1 massaged LEEDY'S penis. LEEDY always wanted them to sleep in the bed naked. LEEDY liked to snuggle. Snuggling was described as them all being naked lying in the bed together and LEEDY would wrap his legs around them. LEEDY'S privates would touch them.

22. On the way to Florida they stayed at a hotel, LEEDY had MV1 and MV2 suck his penis. White stuff came out of LEEDY's penis and he put it on MV2's butt. LEEDY then sucked both the boys' privates. LEEDY tried to put his penis in MV1's butt, but it would not fit,

6

so he stopped. MV1 said that it hurt. MV1 also saw LEEDY do this to his brother. MV1 said they had not had contact with LEEDY since their dad got into an argument with him.

23. LEEDY told MV1 and MV2 that if they told anyone of what happened in the hotels he would not be able to take them fun places anymore or buy games and clothes for them.

### *Photographs and/or videos of trips*

24. The boys stated that LEEDY would often photograph and video them during the various trips they took. LEEDY made a video compilation which showed all the trips that he took with MV1 and MV2. The video was provided their mother on a compact disc. In addition, when contact was cut off between LEEDY and the boys, he emailed the video to a child protective services employee in an attempt to show how well he treated the boys. The video has dates and locations where the trips were taken. LEEDY took photographs on the trips as well, which he sent to their mother using his cellular telephone.

### CONCLUSION

25. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that Jory Leedy, born XX-XX-1969, residing at 97 Arlington Ave., Franklin, Ohio 45005, Social Security Account Number XXX-XX-7754, has committed the act of aggravated sexual abuse, in violation of 18 U.S.C. § 2241, among other potential violations. Therefore, I respectfully request the issuance of a warrant for the arrest of Jory Leedy.

### REQUEST FOR SEALING

26. Further, affiant requests that the Court order that all papers in support of this complaint, including the affidavit, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all the targets of the

investigation. In addition, there is concern for both officer safety and the safety of minor children and Leedy. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation and/or unnecessarily place individuals in harm.

                                              Donald Minnich
                                              Detective
                                              RECI Task Force

Sworn and subscribed before me this 11th day of April, 2016.

_____
HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

8