JORY started to take ▬▬▬▬ to his new church down in Cincinnati. He began to pick them up on Sunday mornings and bring them home later that same evening. Eventually JORY asked ▬▬▬ if he could take ▬▬▬ on Saturdays and stay overnight at a hotel then go to church on Sunday morning. ▬▬▬ allowed it.

▬▬▬ was either eight or nine years old when he first started staying in hotels with JORY. They stayed at a Red Roof Inn in the Mason area one of the first times. ▬▬▬ said that ▬▬▬ and JORY would sit naked on a bed in a circle and massage each others privates. JORY always wanted them all to sleep in the same bed naked. If they didn't JORY would get sad.

JORY would take ▬▬▬ on trips to different states. ▬▬▬ remembers going to Georgia, New York, Indiana and Florida. ▬▬▬ remembers staying at different hotels on the way to Florida. At every hotel they stayed JORY would suck their private parts. JORY also had ▬▬▬ and ▬▬▬ suck his private part. ▬▬▬ remembers white stuff coming out of JORY'S private part. JORY put the white stuff on ▬▬▬ butt. JORY would squeeze ▬▬▬ butt cheeks and tried to stick his private in ▬▬▬ butt. JORY stopped because it would not fit. ▬▬▬ saw JORY try to put his private part in ▬▬▬ butt also. It would not fit so he stopped. ▬▬▬ stated that it was always just him, ▬▬▬ and JORY that stayed in the hotels together.

AMY showed ▬▬▬ a drawing of a boy and asked ▬▬▬ to point to where the private parts were. ▬▬▬ pointed to the penis and buttocks area. AMY asked ▬▬▬ if he knew what a child molester was. ▬▬▬ said it was a person that murders children. The interview was ended and ▬▬▬ was taken out to his mother.

TFO DONALD MINNICH observed a video copy of the interview on January 12, 2016.

**Indexing**

| Display Name | Enterprise Role | Entity Role | Entity Type | US |
|---|---|---|---|---|
| No Entities to display | | | | |

GOVERNMENT EXHIBIT 6