Ohio. ▇▇▇▇ and their mother ▇▇▇▇
first rode the bus to church when ▇▇ was ▇▇ years of age. After
the first day they met JORY they began to see him
around their apartment almost every day. They knew JORY as "JD" and
believed his first name was actually JORDAN.
JORY began to take ▇▇▇▇ to his church down in Cincinnati
every Sunday. During the week JORY would come over
their house every day and stay until ▇▇▇▇ would go to
sleep. JORY would sleep in the lower bunk bed with
both ▇▇▇▇ JORY always wanted to snuggle with the boys.
Snuggling consisted of wrapping his arms and legs
around them. Sometimes JORY and the two boys would be naked when
they snuggled.
JORY began picking ▇▇▇▇ up on Saturdays. They would stay
at a hotel Saturday and then go to JORY'S church on
Sunday. ▇▇ remembers going to a Holiday Inn near Cincinnati one of
the first times they stayed overnight with JORY.
They had all gone swimming that time and afterward while in their
room JORY used his hand to put white cream on ▇▇
front private part ▇▇ penis). JORY did the same thing to
▇▇▇▇ said the cream was called "Des" (Desitin
Cream). ▇▇ disclosed that while staying at the different hotels
JORY would suck on both ▇▇▇▇ penis. JORY
would French kiss both boys while they were in the hotel rooms but
he mostly liked to French kiss ▇▇▇▇ stated
that JORY started to do this every week they went away with him.
▇▇ remembered the "weirdest time" JORY put cream on him and then
tried to put his penis in ▇▇ behind. JORY pushed ▇▇
▇▇ head on the bed and tried to put his penis in ▇▇ butt.
▇▇ stated it did not fit and that it hurt. ▇▇
believes that he was ▇▇ years old when this incident occurred.
▇▇ remembers traveling on trips to North Carolina, Florida, New
York, Georgia, Kentucky and Michigan with JORY. ▇▇
specifically remembers a time in Kentucky when JORY French kissed
them and sucked on their private parts. JORY would
take showers with the boys while they were at the hotels, but mostly
showered with ▇▇▇▇ When they stopped at rest
areas while traveling JORY would always wipe ▇▇ behind when he
went to the bathroom. JORY said that if they told
anyone about what they did in the rooms he wouldn't be able to take
them to fun places anymore. ▇▇ was scared he
would get in trouble if he told anyone.

AMY showed ▇▇ drawing of a boy and had him point out where the
private parts were located. ▇▇ circled the penis
and butt area. The interview was end and ▇▇ was taken out to his
mother. The interview was video recorded and a copy
of the interview has been put into ELSUR.
The recorded interview was observed by TFO DONALD MINNICH on January
17, 2016.



GOVERNMENT
EXHIBIT
7