## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:16CR00036 |
| | : | |
| vs. | : | JUDGE TIMOTHY BLACK |
| | : | |
| JORY LEEDY, | : | SENTENCING MEMORANDUM |
| | : | |
| Defendant. | : | |

This Court is very aware of the procedural history of this five year old case.  Most significantly, Mr. Leedy signed a Rule 11(c)(1)(C) plea agreement where he would be sentenced to 30 years in prison.  (Doc. 105)  The plea hearing occurred on June 3, 2019.   Subsequent to the plea hearing, Mr. Leedy sought to withdraw his plea which culminated in a filing of a motion to withdraw his plea (Doc. 111), and the denial of the motion (Doc. 117).

At this sentencing hearing, Mr. Leedy continues to seek to withdraw his plea and maintains that he is not guilty of the offense for which he is to be sentenced.

Having said that, should the Court move forward with this sentencing and not permit the withdrawal of his plea, Mr. Leedy does ask that the Court recommend that he be incarcerated at FCI Englewood in Colorado.  Mr. Leedy desires to be housed there since his elderly parents recently relocated to live near his brother in Colorado.  He greatly hopes that a placement at Englewood would allow him to see his parents in their last years.

Respectfully Submitted,
 /s/Thomas W. Kidd, Jr.
Thomas W. Kidd, Jr.
Kidd & Urling LLC
Attorney for Defendant
9435 Waterstone Blvd Suite #140,
Cincinnati, Ohio 45249
(513) 733-3080/Fax (513) 731-7230
tkidd@kiddurlinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent this 7th day of

June, 2021, using the CM/ECF system, which will send notification of such

filing to all counsel of record.


 /s/Thomas W. Kidd, Jr.
Thomas W. Kidd, Jr.
Attorney for Defendant

2